1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELE BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

5

6

7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          )
                                       )  CR. No. S-11-464 JAM
11              Plaintiff,             )
                                       )
12      v.                             )  STIPULATION AND ORDER
                                       )  CONTINUING STATUS CONFERENCE
13  OSCAR VILLAR-MENDEZ,               )  AND EXCLUDING TIME
                                       )
14              Defendant.             )
                                       )
15                                     )
                                       )
16  _____   )

17      The parties request that the status conference in this case

18  currently scheduled for January 3, 2012 be continued to January

19  17, 2012 at 9:30 a.m.  They stipulate that the time between

20  January 3, 2012 and January 17, 2012 should be excluded from the

21  calculation of time under the Speedy Trial Act.  The parties

22  stipulate that the ends of justice are served by the Court

23  excluding such time, so that counsel may have reasonable time

24  necessary for effective preparation, taking into account the

25  exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The

26  parties are in the process of gathering additional facts relevant

27  to a potential defense and the anticipated resolution of this

28  case.  This continuance is necessary for further work by both

                                1

parties on this and other pretrial and trial issues.  The parties
stipulate and agree that the interests of justice served by
granting this continuance outweigh the best interests of the
public and the defendant in a speedy trial.  18 U.S.C.
§(7)(B)(iv).

Dated:  December 14, 2011          Respectfully submitted,

                                   BENJAMIN B. WAGNER
                                   United States Attorney


                                   /s/ Michele Beckwith
                              By:  Michele Beckwith
                                   Assistant U.S. Attorney

Dated: December 14, 2011

                                   /s/ Douglas J. Beevers
                                   DOUGLAS J. BEEVERS
                                   Attorney for Defendant

////
////
////
////
////
////
////
////
////
////

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for January 3, 2012, at 9:30 a.m. be continued to  January 17, 2012, at 9:30 a.m. Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the January 17, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: December 14, 2011

/s/ John A. Mendez
Hon. John A. Mendez
U.S. DISTRICT COURT JUDGE