1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DOUGLAS BEEVERS, U.S.V.I. Bar #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  OSCAR VILLAR-MENDEZ

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,        ) No.  CR-S-11-464 JAM
11                                   )
                   Plaintiff,        ) STIPULATION AND ORDER
12                                   ) TO CONTINUE STATUS CONFERENCE
        v.                           )
13                                   )
   OSCAR VILLAR-MENDEZ               ) Date:  February 14, 2012
14                                   ) Time:   9:30 a.m.
                   Defendant.        ) Judge: Hon. John A. Mendez
15                                   )
   _____   )
16
        The parties request that the status conference in this case be
17
   continued from January 31, 2012, to February 14, 2012 at 9:30 a.m.  They
18
   stipulate that the time between January 31, 2012 and February 14, 2012
19
   should be excluded from the calculation of time under the Speedy Trial
20
   Act.  The parties stipulate that the ends of justice are served by the
21
   Court excluding such time, so that counsel for the defendant may have
22
   reasonable time necessary for effective preparation, taking into account
23
   the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).
24
   Specifically, counsel needs additional time to negotiate a resolution to
25
   this matter and to investigate the facts of the case. The parties
26
   stipulate and agree that the interests of justice served by granting this
27
   continuance outweigh the best interests of the public and the defendant
28

1  in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv).

2  Dated: January 30, 2012        Respectfully submitted,

3                                 DANIEL BRODERICK
                                   Federal Defender
4

5                                 */s/ Douglas Beevers*

6                                 DOUGLAS BEEVERS
                                   Assistant Federal Defender
7                                 Attorney for Defendant
                                   OSCAR VILLAR-MENDEZ
8

9  Dated: January 30, 2012        BENJAMIN B. WAGNER
                                   United States Attorney
10

11                                */s/ Michele Beckwith*

12                                Michele Beckwith
                                   Assistant United States Attorney
13

14                                 **ORDER**

15     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

16  ordered that the status conference presently set for January 31, 2012, be

17  continued to February 14, 2012, at 9:30 a.m. Based on the representation

18  of counsel and good cause appearing therefrom, the Court hereby finds

19  that the ends of justice to be served by granting a continuance outweigh

20  the best interests of the public and the defendant in a speedy trial.  It

21  is ordered that time from the date of this Order, to and including, the

22  February 14, 2012, status conference shall be excluded from computation

23  of time within which the trial of this matter must be commenced under the

24  Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code

25  T-4.

26  Dated: January 30, 2012        /s/ John A. Mendez
                                    Hon. John A. Mendez
27                                United States District Court Judge

28


Stip and Order                      -2-