1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DOUGLAS BEEVERS, U.S.V.I. Bar #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  OSCAR VILLAR-MENDEZ

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,   ) No.  CR-S-11-464 JAM
                                 )
12 |         Plaintiff,           ) STIPULATION AND ORDER
                                 ) TO CONTINUE STATUS CONFERENCE
13 |    v.                        )
                                 )
14 | OSCAR VILLAR-MENDEZ          ) Date: March 6, 2012
                                 ) Time: 1:30 p.m.
15 |         Defendant.           ) Judge: Hon. John A. Mendez
                                 )
16 | _____ )

     The parties request that the status conference in this case be
17
   continued from February 28, 2012, to March 6, 2012 at 1:30 p.m.  They
18
   stipulate that the time between February 28, 2012 and March 6, 2012
19
   should be excluded from the calculation of time under the Speedy Trial
20
   Act.  The parties stipulate that the ends of justice are served by the
21
   Court excluding such time, so that counsel for the defendant may have
22
   reasonable time necessary for effective preparation, taking into account
23
   the  exercise  of  due  diligence.  18  U.S.C.  §3161(h)(7)(B)(iv).
24
   Specifically, defense counsel is unavailable for the present date due to
25
   an unforseen family emergency. The parties stipulate and agree that the
26
   interests of justice served by granting this continuance outweigh the
27
   best interests of the public and the defendant in a speedy trial. 18
28

U.S.C. § 3161(h)(7)(B)(iv).

Dated: February 23, 2012                Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender


                                        */s/ Douglas Beevers*
                                        _____
                                        DOUGLAS BEEVERS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        OSCAR VILLAR-MENDEZ

Dated: February 23, 2012                BENJAMIN B. WAGNER
                                        United States Attorney


                                        */s/ Michele Beckwith*
                                        _____
                                        Michele Beckwith
                                        Assistant United States Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for February 28, 2012, be continued to March 6, 2012, at 1:30 p.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the March 6, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: 2/24/2012                        /s/ John A. Mendez
                                        _____
                                        Hon. John A. Mendez
                                        United States District Court Judge